UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORMA ANTONETTI,<br><br>                    Plaintiff,<br><br>-vs-<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>                    Defendant. | *Civil Action No. 10-CV-6456* |

### STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that whereas neither party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above-entitled action be discontinued as against NCO Financial Systems, Inc., with prejudice, without costs to either party as against the other.

Dated: October 15, 2010

_____
Frank J. Borgese, Esq
Graham Law, P.C.
*Attorneys for Plaintiff*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com

_____
Michael Del Valle, Esq.
Sessions, Fishman, Nathan & Israel, LLC
*Attorneys for Defendant*
Audubon Office Park
130 John Muir Drive, Suite 106
Amherst, New York 14228
mdelvalle@sessions-law.biz

SO ORDERED.

_____
CHARLES J. SIRAGUSA
U.S. District Judge
DATE 10-23-10